## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **DYSON ONNIE MCCRAY,** **Petitioner** | **CIVIL DOCKET NO. 1:20-CV-00934-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN,** **Respondent** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 21), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 11) is DISMISSED WITHOUT PREJUDICE, for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers, this 6th day of January, 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE